| | |
|---|---|
| Shawn C. Luna (SBN 266526)<br>sluna@sidley.com<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, California 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br><br>Joshua H. Raymond (admitted *pro hac vice*)<br>jryamond@trenklawfirm.com<br>TRENK, DIPASQUALE, DELLA FERA &<br>  SODONO, P.C.<br>347 Mount Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Telephone: 973-243-8600<br>Facsimile:  973-243-8677<br><br>☒   Attorneys for AT&T Corp. | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>Edward Leon Guy, III<br><br>                                           Debtor (s), | CASE NO.: 8:15-BK-17887 - ER<br><br>CHAPTER: 7<br>ADVERSARY NO.: 2:15-ap-01567ER |
| Edward Leon Guy, III<br><br>                                           Plaintiff (s)<br><br>                       vs.<br><br>AT & T Corporation<br><br><br><br><br>                                           Defendant | **NOTICE OF LODGMENT OF ORDER RE:**<br>**ORDER GRANTING SANCTIONS AGAINST**<br>**PLAINTIFF** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER GRANTING SANCTIONS AGAINST PLAINTIFF** was lodged on February 23, 2016 and is attached.  This order relates to the motion which is docket number __25__.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                       Page 1                                **F 9021-1.2.ADV.NOTICE.LODGMENT**

**Shawn C. Luna (SBN 266526)**
sluna@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California 90013**
Telephone: 213 896-6000
Facsimile: 213 896-6600

**Joshua H. Raymond (*Admitted Pro Hac Vice*)**
jraymond@trenklawfirm.com
**TRENK, DIPASQUALE,**
**DELLA FERA & SODONO, P.C.**
**347 Mount Pleasant Ave, Suite 300**
**West Orange, NJ 07052**
Telephone: 973-243-8600
Facsimile: 973-243-8677

**Attorneys for AT&T Corp.**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: Edward Leon Guy, III | Case No. 2:15-bk-17887-ER |
| Edward Leon Guy, III, | Assigned to: Honorable Ernest Robles |
| Plaintiff, | Chapter 7 |
| v. | 2:15-ap-01567-ER |
| AT&T Corporation and Does 1-100 Inclusive, | **ORDER GRANTING SANCTIONS AGAINST PLAINTIFF** |
| Defendants. | |

ACTIVE 213191520

**ORDER**

This matter came on for duly noticed hearing before the Honorable Ernest Robles on February 17, 2016, pursuant to this Court's Order Requiring Plaintiff to Appear and Show Cause Why He Should Not Be Sanctioned in the Amount of Defendant's Reasonable Attorney's Fees for Filing a Frivolous Complaint [Doc. No. 25] (the "Order to Show Cause").  The Order to Show Cause required Plaintiff to demonstrate why, in filing the Complaint, he was not acting in bad faith, vexatiously, and for an improper purpose.  The Court, having considered the Order to Show Cause, the Declaration of Joshua H. Raymond, Esq. in Support of an Award of Attorneys Fees Incurred by AT&T Corp. in Responding to the Complaint [Doc. No. 32], Plaintiff's Opposition to Court Sanctions [Doc. No. 51], other materials related to Plaintiff's Complaint, and the record in this case [Doc. Nos. 1, 9-12, 14-15, 17-18], hereby concludes, as set forth in its Ruling [Doc. No. 56], that Plaintiff shall pay compensatory damages to AT&T Corp., and that judgment is hereby entered in favor of AT&T Corp. against Plaintiff in the amount of $5,800.

###

ACTIVE 213191520

2

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 555 W. 5th Street, Suite 4000, Los Angeles, CA 90013

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER GRANTING SANCTIONS AGAINST PLAINTIFF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 23, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jason M. Rund (TR) trustee@serlawywers.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 23, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Edward Leon Guy, III
4071 S. Muirfield Road, Apt. B
Los Angeles, CA 90008

Honorable Judge Ernest M. Robles
U.S. Bankruptcy Court,
Central District of California
255 E. Temple Street
Suite 1560, Courtroom 1568
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **February 23, 2016** | Martha R. Ocab | /s/ Martha R. Ocab |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.ADV.NOTICE.LODGMENT**