**Shawn C. Luna (SBN 266526)**
sluna@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California  90013**
Telephone:  213 896-6000
Facsimile:  213 896-6600

**Joshua H. Raymond (*Admitted Pro Hac Vice*)**
jraymond@trenklawfirm.com
**TRENK, DIPASQUALE,**
**DELLA FERA & SODONO, P.C.**
**347 Mount Pleasant Ave, Suite 300**
**West Orange, NJ 07052**
Telephone:  973-243-8600
Facsimile:  973-243-8677

**Attorneys for AT&T Corp.**

**FILED & ENTERED**

**MAR 02 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: Edward Leon Guy, III | Case No. 2:15-bk-17887-ER |
| Edward Leon Guy, III, | Assigned to: Honorable Ernest Robles |
| Plaintiff, | Chapter 7 |
| v. | 2:15-ap-01567-ER |
| AT&T Corporation and Does 1-100 Inclusive, | **ORDER GRANTING SANCTIONS AGAINST PLAINTIFF** |
| Defendants. | |

ACTIVE 213191520

**ORDER**

This matter came on for duly noticed hearing before the Honorable Ernest Robles on February 17, 2016, pursuant to this Court's Order Requiring Plaintiff to Appear and Show Cause Why He Should Not Be Sanctioned in the Amount of Defendant's Reasonable Attorney's Fees for Filing a Frivolous Complaint [Doc. No. 25] (the "Order to Show Cause").  The Order to Show Cause required Plaintiff to demonstrate why, in filing the Complaint, he was not acting in bad faith, vexatiously, and for an improper purpose.  The Court, having considered the Order to Show Cause, the Declaration of Joshua H. Raymond, Esq. in Support of an Award of Attorneys Fees Incurred by AT&T Corp. in Responding to the Complaint [Doc. No. 32], Plaintiff's Opposition to Court Sanctions [Doc. No. 51], other materials related to Plaintiff's Complaint, and the record in this case [Doc. Nos. 1, 9-12, 14-15, 17-18], hereby concludes, as set forth in its Ruling [Doc. No. 56], that Plaintiff shall pay compensatory damages to AT&T Corp., and that judgment is hereby entered in favor of AT&T Corp. against Plaintiff in the amount of $5,800.

###

Date: March 2, 2016

Ernest M. Robles
United States Bankruptcy Judge